UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00098 |
| | ) | JUDGE CAMPBELL |
| RICHARD A. SPENCER, JR. | ) | |

ORDER

The hearing on the Petition for Revocation of Supervised Release (Docket No. 74) currently set for March 18, 2013, at 2:30 p.m. is CONTINUED to March 18, 2013, at 3:30 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE